```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611021587
Cashier ID: almaceh
Transaction Date: 07/23/2008
Payer Name: JOSE R GUTIERREZ
----------------------------------------
WRIT OF HABEAS CORPUS
 For: JOSE R GUTIERREZ
 Case/Party: D-CAN-3-08-CV-003286-001
 Amount:       $5.00
----------------------------------------
MONEY ORDER
 Check/Money Order Num: 11956078530
 Amt Tendered:  $5.00
----------------------------------------
Total Due:      $5.00
Total Tendered: $5.00
Change Amt:     $0.00

WHA

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```

